IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv35

| SYNOVUS BANKS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CHARLES KIMMEL, JEREMY KIMMEL, JAY LURIE and ELIZABETH POST, | ) | |
| Defendants | ) | |

Pending before the Court is Plaintiff's Motion to Dismiss Defendants' Counterclaims [# 11]. In response to the motion, Defendants filed a twenty-nine page brief. Defendants, however, failed to seek leave of Court for filing a brief that exceeds the page limitations set forth in the Court's Local Rules. See LCvR 7.1(D). Moreover, Defendants failed to include a certificate of service with its response, as required by the Local Rules. See. LCvR 5.3. Accordingly, the Court **STRIKES** the Memorandum in Opposition to Motion to Dismiss [# 12]. Defendants shall have five (5) days from the entry of this Order to submit a response to the Motion to Dismiss that complies with the Court's Local Rules. The Court will not grant an extension of the page limitations. The Court **INSTRUCTS** Defendants that the failure to comply with this Order will result in the Court

-1-

construing their failure to comply as a consent to the dismissal of the counterclaims and recommend that the District Court dismiss the counterclaims.

Signed: October 6, 2011

Dennis L. Howell
United States Magistrate Judge