IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv35

| | |
|---|---|
| SYNOVUS BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CHARLES KIMMEL, JEREMY ) | |
| KIMMEL, JAY LURIE and ) | |
| ELIZABETH POST, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

Pending before the Court is the Joint Motion to Stay Deadlines [# 69]. The parties have reached a settlement in principal in this matter. The parties move to hold the deadlines in the Amended Pretrial Order in abeyance for thirty days to allow the parties to draft the settlement documents and file a stipulation of dismissal. For good cause shown, the Court **GRANTS** the motion [# 69]. The parties shall file a stipulation of dismissal in this case by May 30, 3013. In the event that the parties are unable to finalize settlement and do not file a stipulation of dismissal within the specified time period, any dispositive motions are due May 31, 2013. The trial date, if necessary, remains unchanged.

Signed: May 1, 2013

Dennis L. Howell
United States Magistrate Judge